UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEBRA FAYE PAYTON,<br><br>Defendant. | Case No. 1:16-cr-00192-BLW-2<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on March 6, 2017, this Court entered a Preliminary Order of Forfeiture (Dkt. 51) pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2), and based upon the Rule 11 Plea Agreement of DEBRA FAYE PAYTON (Dkt. 40 - filed under seal on December 21, 2016), forfeiting properties described in the forfeiture allegation of the Indictment and as set out in the Preliminary Order;

WHEREAS, the only item remaining to be forfeited in this Final Order is the $35,000 cash proceeds judgment, as to which the defendant is jointly and severally liable with co-defendant herein;

WHEREAS, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, the Preliminary Order became final as to the defendant on March 27, 2017; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment;"

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the United States' Motion for Final Order of Forfeiture (ECF No. 76) is GRANTED and the defendant DEBRAY FAYE PAYTON shall forfeit to the United States the sum of $35,000, pursuant to 21 U.S.C. § 853(a)(1) and (2).

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $35,000, to satisfy the money judgment in whole or in part.

DATED: July 6, 2017

_____
B. Lynn Winmill
Chief Judge
United States District Court